**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Amador LEON–QUINTERO, a.k.a. Almador Leon Quinteros, a.k.a. Amador Leon Quinteros, Defendant–Appellant.**

No. 14–10260.

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2015.*

Filed July 29, 2015.

Mark S. Kokanovich, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

David Eisenberg, I, Esquire, David Eisenberg, PLC, Phoenix, AZ, for Defendant–Appellant.

Amador Leon–Quintero, pro se.

Before: CANBY, BEA, and MURGUIA, Circuit Judges.

MEMORANDUM ***

Amador Leon–Quintero appeals from the district court's judgment and challenges his guilty-plea conviction and 57–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Leon–Quintero's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Leon–Quintero the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Leon–Quintero waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.** Appellant's motion to supplement the record is denied.

**DISMISSED.**